Phoenix ANDERSON, Plaintiff—
Appellant,

v.

Alan MOATS, Judge; Leonard Lucas, Magistrate; Howard Ferris, Attorney; Jim Shackelford, (Shackelford Bonding); Roger Hickman, (Shackelford Bonding); Carol S. Birdsell, Court Reporter; Elaine Bennett, Clerk of the Circuit Court of Taylor County; John L. Bord, Prosecutor, Defendants—Appellees.

No. 04–7350.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 2, 2005.

Phoenix Anderson, Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phoenix Anderson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and

find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. Moats*, No. CA–03–152–1 (N.D.W.Va. Aug. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*